James L. Martin, ISB No. 4226
C. Clayton Gill, ISB No. 4973
Jetta Hatch Mathews, ISB No. 8468
MOFFATT, THOMAS, BARRETT, ROCK &
 FIELDS, CHARTERED
999 W. Main Street, Suite 1300
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
jlm@moffatt.com
ccg@moffatt.com
jah@moffatt.com
13900.0287

Attorneys for Defendant Farm Bureau
Mutual Insurance Company of Idaho

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MIKE NEWELL,<br><br>                    Plaintiff,<br><br>vs.<br><br>FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO, an Idaho corporation; IDAHO FARM BUREAU FEDERATION, INC., an Idaho corporation; and, FARM BUREAU LIFE INSURANCE COMPANY, an Iowa company;<br><br>                    Defendants. | Case No.<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF ACTION** |

Defendant Farm Bureau Mutual Insurance Company of Idaho ("Defendant") removes this action from the District Court of the Fourth Judicial District for the State of Idaho, in and for the County of Ada, to the United States District Court for the District of Idaho, pursuant to 28 U.S.C. §§ 1331, 1441, 1443, and 1446, based on the following facts:

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION - 1**                            Client:4456720.1

**BACKGROUND**

1.  Defendant received a copy of the Summons and Complaint and Demand for Jury Trial ("Complaint") and an Acceptance of Service on June 12, 2017 in an action styled *Mike Newell v. Farm Bureau Mutual Insurance Company of Idaho, et al.*, Case No. CV01-16-23164 filed December 22, 2016, in the District Court of the Fifth Judicial District for the State of Idaho, in and for the County of Ada (the "State Action"). Defendant accepted service of the complaint and summons on June 13, 2017.

2.  The State Action arises from an employment relationship between Plaintiff and Defendant which was terminated in May 2015. Among other claims, Plaintiff alleges that Defendant unlawfully took adverse employment action against him on the basis of religion in violation of Title VII of the Civil Rights Act of 1964 and the Idaho Human Rights Act. Plaintiff's claims under state law arise out of the same course of proceedings as the Title VII claims.

**BASIS FOR REMOVAL**

3.  This action is removable to this Court under 28 U.S.C. §§ 1331, 1441, 1443, and 1446 because the Court has jurisdiction of claims alleging violations of civil rights and claims arising out of federal law. Plaintiff's Complaint also alleges state law claims that are properly before this Court because this Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. §1367.

**REMOVAL IS TIMELY**

4.  This Notice of Removal is timely because it is being filed within thirty (30) days after Defendant received the Summons and Complaint. 28 U.S.C. § 1446(b). Plaintiff

filed suit on December 22, 2016, and Defendant was sent the Summons and Complaint on June 12, 2017.

**CONSENT OF ALL DEFENDANTS**

5.     Undersigned counsel has confirmed that the other two named defendants, Idaho Farm Bureau Federation, Inc. and Farm Bureau Life Insurance Company, by and through their attorneys, have consented to the removal of this action to this federal court.

**VENUE**

6.     The United States District Court for the District of Idaho is the United States district embracing the District Court of the Fourth Judicial District for the State of Idaho, in and for the County of Ada, where this action was filed and is pending.  See 28 U.S.C. § 92. Therefore, venue of this removed action is proper in this Court.

**NOTICE TO THE STATE COURT**

7.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on all adverse parties and filed with the District Court of the Fourth Judicial District for the State of Idaho, in and for the County of Ada, where this case was originally filed.

**STATE COURT FILINGS**

8.     Defendant files herewith as Exhibits A-G, copies of all documents filed in the State Action, including Defendant's Acceptance of Service in the State Action as a part of this Notice of Removal.

WHEREFORE, Defendant Farm Bureau Mutual Insurance Company of Idaho, having complied with all procedural requirements of 20 U.S.C. §§ 1441 and 1446, respectfully requests that the State Action in the District Court of the Fourth Judicial District for the State of

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION - 3**                          Client:4456720.1

Idaho, in and for the County of Ada, be removed to the U.S. District Court for the District of Idaho, and that no further proceedings be had in the Idaho state court.

DATED this 28th day of June, 2017.

                                                                         MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

                                                          By */s/ James L. Martin*
                                                              James L. Martin – Of the Firm
                                                              Attorneys for Defendant Farm Bureau
`                                                              Mutual Insurance Company of Idaho

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on the 28th day of June, 2017, I filed the foregoing **DEFENDANT'S NOTICE OF REMOVAL OF ACTION** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Erika Birch | John A. Bailey, Jr. |
| erika@idahojobjustice.com | jab@bhj-law.com |

                                   */s/ James L. Martin*
                                   James L. Martin