IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MIKE NEWELL,<br><br>        Plaintiff,<br>vs.<br><br>FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO, an Idaho corporation; IDAHO FARM BUREAU FEDERATION, INC., an Idaho corporation; and, FARM BUREAU LIFE INSURANCE COMPANY, an Iowa company,<br><br>        Defendants. | Case No.: 1:17-cv-00277-DCN<br><br>**ORDER GRANTING MOTION TO EXTEND TIME** |

Based on the *Joint Motion to Extend Time* (Dkt. 44), and for good cause shown, it is HEREBY ORDERED AS FOLLOWS: the Parties shall have until April 25, 2018 to participate in mediation or a settlement conference; Plaintiff shall have until Friday, May 18, 2018, to disclose experts; and Defendants shall have until Friday, June 29, 2018 to disclose experts. All other deadlines in the Case Management Order remain the same.

DATED: March 6, 2018

_____
David C. Nye
U.S. District Court Judge

ORDER GRANTING MOTION TO EXTEND TIME - 1