James L. Martin, ISB No. 4226
Carsten Peterson, ISB No. 6373
Jetta Hatch Mathews, ISB No. 8468
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208-344-6000
Facsimile:  208-954-5217
Email:  jmartin@hawleytroxell.com
          cpeterson@hawleytroxell.com
          jmathews@hawleytroxell.com

Attorneys for Defendant Farm Bureau Mutual
Insurance Company of Idaho

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MIKE NEWELL,<br><br>       Plaintiff,<br><br>vs.<br><br>FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO, an Idaho corporation; IDAHO FARM BUREAU FEDERATION, INC., an Idaho corporation; and FARM BUREAU LIFE INSURANCE COMPANY, an Iowa company,<br><br>       Defendants. | Case No. 1:17-cv-00277-DCN<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

       COME NOW the above-captioned plaintiff Mike Newell, by and through undersigned

counsel of record, and defendants Farm Bureau Mutual Insurance Company of Idaho, Idaho

Farm Bureau Federation, Inc. and Farm Bureau Life Insurance Company, by and through

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

43743.0025.11044237.1

undersigned counsel of record, and pursuant to Rule 41, hereby stipulate and agree that all claims and causes of action that were or might have been asserted in this case against defendants Farm Bureau Mutual Insurance Company of Idaho, Idaho Farm Bureau Federation, Inc. and Farm Bureau Life Insurance Company may be dismissed with prejudice as all claims have been fully resolved and settled, with each party bearing its own costs and attorney fees.

DATED THIS 14th day of June, 2018.

        STRINDBERG & SCHOLNICK, LLC

        By /s/ Erika Birch
           Erika Birch, ISB No. 7831
        Attorneys for Plaintiff Mike Newell

DATED THIS 14th day of June, 2018.

        HAWLEY TROXELL ENNIS & HAWLEY LLP

        By /s/ James L. Martin
           James L. Martin, ISB No. 4226
        Attorneys for Defendant Farm Bureau Mutual
        Insurance Company of Idaho

DATED THIS 14th day of June, 2018.

        BAILEY, HAHN & JARMAN

        By /s/ John A. Bailey
           John A. Bailey, Jr., ISB No. 2619
        Attorneys for Defendant Idaho Farm Bureau
        Federation, Inc.

DATED THIS 14th day of June, 2018.

                                           POWERS TOLMAN FARLEY, PLLC


                                           By */s/ James S. Thomson*
                                               James S. Thomson, II, ISB No. 6124
                                           Attorneys for Defendant Farm Bureau Life Insurance Company

STIPULATION FOR DISMISSAL WITH PREJUDICE - 3