UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MIKE NEWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO, an Idaho corporation; IDAHO FARM BUREAU FEDERATION, INC., an Idaho corporation; and FARM BUREAU LIFE INSURANCE COMPANY, an Iowa company,<br><br>    Defendants. | Case No. 1:17-cv-00277-DCN<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation for Dismissal with Prejudice (Dkt. 49) and finding good cause therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Stipulation for Dismissal with Prejudice of the claims asserted against defendants Farm Bureau Mutual Insurance Company of Idaho, Idaho Farm Bureau Federation, Inc. and Farm Bureau Life Insurance Company is APPROVED. Accordingly, all claims and causes of action that were or might have been asserted in this case against defendants Farm Bureau Mutual Insurance Company of Idaho, Idaho Farm Bureau Federation, Inc. and Farm Bureau Life Insurance Company are dismissed with prejudice, with each party to bear its own costs and attorney fees.

DATED: June 18, 2018

_____
David C. Nye
U.S. District Court Judge

ORDER OF DISMISSAL - 1